JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Tracy E. Palmen

## DEFENDANTS
David Wendkos and David Stacy of Delaware, Inc. t/a Castle Dealerships

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Charles M. Oberly, III and Karen V. Sullivan
800 Delaware Ave., Ste. 901, Wilm., DE 19801

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | **PERSONAL INJURY** 362 Personal Injury - Med. Malpractice | | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 365 Personal Injury - Product Liability | **PROPERTY RIGHTS** 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 630 Liquor Laws | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 640 R.R. & Truck | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 650 Airline Regs. | **LABOR** | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | 660 Occupational Safety/Health | 710 Fair Labor Standards Act | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | | 690 Other | 720 Labor/Mgmt. Relations | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | **PERSONAL PROPERTY** 370 Other Fraud | 730 Labor/Mgmt.Reporting & Disclosure Act | **SOCIAL SECURITY** |
| **REAL PROPERTY** | **CIVIL RIGHTS** | 371 Truth in Lending | 740 Railway Labor Act | 861 HIA (1395ff) |
| 210 Land Condemnation | 441 Voting | 380 Other Personal Property Damage | 790 Other Labor Litigation | 862 Black Lung (923) |
| 220 Foreclosure | [X] 442 Employment | 385 Property Damage Product Liability | 791 Empl. Ret. Inc. Security Act | 863 DIWC/DIWW (405(g)) |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | **PRISONER PETITIONS** | | 864 SSID Title XVI |
| 240 Torts to Land | 444 Welfare | 510 Motions to Vacate Sentence | | 865 RSI (405(g)) |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | **Habeas Corpus:** | | **FEDERAL TAX SUITS** |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) |
| | 440 Other Civil Rights | 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 |
| | | 540 Mandamus & Other | | 890 Other Statutory Actions |
| | | 550 Civil Rights | | 891 Agricultural Acts |
| | | 555 Prison Condition | | 892 Economic Stabilization Act |
| | | | | 893 Environmental Matters |
| | | | | 894 Energy Allocation Act |
| | | | | 895 Freedom of Information Act |
| | | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII of the Civil Rights Act of 1964, as amended
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3/18/05
SIGNATURE OF ATTORNEY OF RECORD
Charles M. Oberly III

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____