## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

TRACY E. PALMEN

                Plaintiff,

        v.                        C.A. No.    0 5 – 1 6 6

DAVID WENDKOS and DAVID STACY OF       DEMAND FOR TRIAL BY JURY
DELAWARE, INC. T/A CASTLE
DEALERSHIPS

                Defendants.

TO:    David Wendkos                    David Stacy of Delaware Inc.
        122 South DuPont Highway        t/a Castle Dealerships
        New Castle, DE 19720            c/o Corporation Guarantee and Trust Company
                                          The Brandywine Building, 17th Floor
                                          Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

        Charles M. Oberly, III
        Karen V. Sullivan
        Oberly, Jennings & Rhodunda, P.A.
        800 Delaware Avenue, Suite 901
        P.O. Box 2054
        Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____PETER T. DALLEO_____                _3/18/05_
CLERK                                    DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/22/05 | |
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: DAVID WENDKOS AT 122 S. DUPONT WHY. NEW CASTLE DE COPIES WERE ACCEPTED BY:DON LAVIN

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/22/05
_____
Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.