IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACY E. PALMEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID WENDKOS and DAVID )<br>STACY OF DELAWARE, INC., )<br>t/a CASTLE DEALERSHIPS, )<br>)<br>Defendants. ) | C.A. No. 05-166 |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Jeffrey M. Weiner, Esquire, Fox Rothschild LLP, 919 North Market Street, Suite 1300, P.O. Box 2323, Wilmington, Delaware 19899-2323 on behalf of Defendant David Stacy of Delaware, Inc. t/a Castle Dealerships. This Entry of Appearance shall not be construed to be a waiver of any defenses, including, without limitation, those set forth in **Civil Rule 12(b)**. Defendant David Stacy of Delaware, Inc. t/a Castle Dealerships specifically reserves all rights to raise jurisdictional, service, statute of limitation or other defenses which may be available.

                                                           _____
                                                           JEFFREY M. WEINER, ESQUIRE
                                                           Fox Rothschild LLP
                                                           919 North Market Street, Suite 1300
                                                           P.O. Box 2323
                                                           Wilmington, DE 19899-2323
                                                           (302) 654-7444
                                                           Counsel for Defendant

**DATED: April 6, 2005**

WM1A 46128v1 11/15/04