## CERTIFICATE OF SERVICE

I, Jeffrey M. Weiner, Esquire, hereby certify that copies of the attached Entry of Appearance were served this 6th day of April, 2005 as follows:

BY HAND:

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware 19899

Jeffrey M. Weiner, Esquire

WM1A 46128v1 11/15/04