IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACY E. PALMEN,                    )<br>                                                    )<br>           Plaintiff,                         )<br>                                                    )<br>     v.                                          )     C.A. No. 05-166<br>                                                    )<br>DAVID WENDKOS and DAVID  )<br>STACY OF DELAWARE, INC.,    )<br>t/a CASTLE DEALERSHIPS,       )<br>                                                    )<br>           Defendants.                    ) | |

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Palmen and Defendants David Wendkos and David Stacy of Delaware, Inc. t/a Castle Dealerships, that the time for Defendants to answer, move or otherwise respond to the Complaint is extended from April 11, 2005 to April 29, 2005.

OBERLY, JENNINGS & RHODUNDA

_/s/ Karen V. Sullivan_
KAREN V. SULLIVAN, ESQUIRE #3872
800 Delaware Avenue, Suiet 901
P.O. Box 2054
Wilmington, Delaware 19899
(302) 576-2000
Counsel for Plaintiff

WM1A 54018v1 04/06/05

FOX ROTHSCHILD LLP

_____
JEFFREY M. WEINER, ESQUIRE
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
Counsel for Defendants