IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRACY E. PALMEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-166 |
| | ) | |
| DAVID WENDKOS and DAVID STACY OF DELAWARE, INC., t/a CASTLE DEALERSHIPS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Jeffrey M. Weiner, Esquire, Fox Rothschild LLP, 919 North Market Street, Suite 1300, P.O. Box 2323, Wilmington, Delaware 19899-2323 on behalf of Defendant David Wendkos. This Entry of Appearance shall not be construed to be a waiver of any defenses, including, without limitation, those set forth in **Civil Rule 12(b)**. Defendant David Wendkos specifically reserves all rights to raise jurisdictional, service, statute of limitation or other defenses which may be available.

                                                JEFFREY M. WEINER, ESQUIRE
                                                Fox Rothschild LLP
                                                919 North Market Street, Suite 1300
                                                P.O. Box 2323
                                                Wilmington, DE 19899-2323
                                                (302) 654-7444
                                                Counsel for Defendant

**DATED: April 12, 2005**

WM1A 54013v1 04/06/05

## CERTIFICATE OF SERVICE

I, Jeffrey M. Weiner, Esquire, hereby certify that copies of the attached Entry of Appearance were served this 12th day of April, 2005 as follows:

BY HAND:

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware 19899

/s/ Jeffrey M. Weiner, Esquire

WM1A 54013v1 04/06/05