**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRACY E. PALMEN | |
|         Plaintiff, | |
|     v. | C.A. No. 05-166-SLR |
| DAVID WENDKOS and DAVID STACY OF DELAWARE, INC. T/A CASTLE DEALERSHIPS | DEMAND FOR TRIAL BY JURY |
|         Defendants. | |

**STIPULATION OF DISMISSAL & AMENDMENT OF CAPTION**

It is hereby stipulated and agreed, by and among counsel for the parties, that the above-captioned action is hereby dismissed with prejudice against Defendant David Wendkos, each party to bear its own fees and costs.

It is further stipulated that the caption shall be amended to read as follows:

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRACY E. PALMEN | |
|         Plaintiff, | |
|     v. | C.A. No. 05-166-SLR |
| DAVID STACY OF DELAWARE, INC. T/A CASTLE DEALERSHIPS | DEMAND FOR TRIAL BY JURY |
|         Defendant. | |

| OBERLY, JENNINGS & RHODUNDA, P.A. | FOX ROTHSCHILD LLP |
|---|---|
| /s/ Karen V. Sullivan | /s/ Jeffrey M. Weiner |
| Charles M. Oberly, III (No. 743) | Jeffrey M. Weiner (No. 403) |
| Karen V. Sullivan (No. 3872) | 919 North Market Street, Suite 1300 |
| 800 Delaware Avenue, Suite 901 | P.O. Box 2323 |
| P.O. Box 2054 | Wilmington, DE  19899-2323 |
| Wilmington, DE  19899-2054 | (302) 654-7444 |
| (302) 576-2000 | |
| | Attorneys for Defendants |
| Attorneys for Plaintiff | |

It is SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Sue L. Robinson