IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACY E. PALMEN<br><br>       Plaintiff,<br><br>       v.<br><br>DAVID STACY OF DELAWARE, INC. T/A<br>CASTLE DEALERSHIPS<br><br>       Defendant. | C.A. No. 05-166-SLR<br><br>DEMAND FOR TRIAL BY JURY |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 17th day of June, 2005, a true and correct copy of the PLAINTIFF'S INITIAL DISCLOSURES was served via the U.S. Postal Service, postage prepaid, addressed as follows:

Jeffrey M. Weiner, Esquire
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323

    /s/ Karen V. Sullivan
**KAREN V. SULLIVAN (No. 3872)**
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899-2054
(302) 576-2000
Attorney for Defendants