# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
-----------
**Karen V. Sullivan**

(302) 576-2000
Fax  (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

June 23, 2005

<u>VIA E-FILING</u>
The Honorable Sue L. Robinson
U.S. District Court
844 King Street
Wilmington, DE 19801

     RE:    Palmen v. David Stacy of Delaware, Inc. t/a Castle Dealerships
               C.A. No. 05-166 SLR

Dear Chief Judge Robinson:

     I represent the Plaintiff in the above-captioned matter, which is scheduled for a telephonic scheduling conference on Tuesday, June 28, 2005 at 8:30 a.m. I am enclosing for Your Honor's consideration a proposed scheduling order that outlines the parties' agreed discovery plan, as well as proposed dates for joinder or amendment and summary judgment motions. If the Court so desires, I will e-mail the proposed scheduling order in Word format.

     I am available at the convenience of the Court to answer any questions.

                           **Respectfully submitted,**

                           **/s/ Karen V. Sullivan**

                           **KAREN V. SULLIVAN (No. 3872)**

KVS/bld
Enclosure
cc:    Jeffrey M. Weiner, Esquire