IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRACY E. PALMEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-166-SLR |
| | ) | |
| DAVID STACY OF DELAWARE, INC., | ) | |
| t/a CASTLE DEALERSHIPS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Jeffrey M. Weiner, Esquire, hereby certify that copies of the attached Defendant's First

Set of Interrogatories Directed to Plaintiff and this Notice of Service were E-served this 28th day

of June, 2005 on:

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware  19899

FOX ROTHSCHILD LLP

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, Delaware  19899-2323
(302) 622-4243
Counsel for Defendant

DATED:      June 28, 2005