IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACY E. PALMEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-166-SLR |
| ) | |
| DAVID STACY OF DELAWARE, INC., ) | |
| t/a CASTLE DEALERSHIPS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Jeffrey M. Weiner, Esquire, hereby certify that copies of the attached Defendant's First Request for Production of Documents Directed to Plaintiff and this Notice of Service were E-served this 28th day of June, 2005 on:

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware 19899

                                      FOX ROTHSCHILD LLP

                                      /s/ JEFFREY M. WEINER, ESQUIRE #403
                                      JEFFREY M. WEINER, ESQUIRE #403
                                      919 North Market Street, Suite 1300
                                      P.O. Box 2323
                                      Wilmington, Delaware 19899-2323
                                      (302) 622-4243
                                      **Counsel for Defendant**

**DATED:    June 28, 2005**