IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACY E. PALMEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-166-SLR |
| | ) |
| DAVID STACY OF DELAWARE, INC., | ) |
| t/a CASTLE DEALERSHIPS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Jeffrey M. Weiner, Esquire, hereby certify that copies of the attached Defendant's First Request for Admissions and Interrogatory Related Thereto Directed to Plaintiff and this Notice of Service were E-served this 28th day of June, 2005 on:

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware  19899

FOX ROTHSCHILD LLP

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, Delaware  19899-2323
(302) 622-4243
Counsel for Defendant

DATED:   June 28, 2005