# OBERLY, JENNINGS & RHODUNDA, P.A.
800 Delaware Avenue - Suite 901
P. O. Box 2054
Wilmington, Delaware 19899

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
-----------
**Karen V. Sullivan**

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

August 22, 2005

VIA E-FILING & HAND DELIVERY
The Honorable Mary Pat Thynge
U.S. District Court
844 King Street
Wilmington, DE 19801

RE:   Palmen v. David Stacy of Delaware, Inc. t/a Castle Dealerships
      C.A. No. 05-166 SLR

Dear Magistrate Judge Thynge:

   I represent the plaintiff in the above-captioned matter, which is scheduled for a teleconference before your Honor on Thursday, August 25, 2005 at 9:00 a.m. I write to advise that the matter has settled. Although the settlement check has not yet been tendered and the release not yet signed, the form of the release has been agreed upon and Mr. Weiner has advised that the check will be provided shortly. I anticipate that the settlement will be finalized and a stipulation of dismissal filed within the next two weeks. Therefore, I respectfully request that the teleconference scheduled for the 25th be taken of your Honor's calendar.

   I am available at the convenience of the Court to answer any questions.

   **Respectfully submitted,**

   *[signature]*

   **KAREN V. SULLIVAN (No. 3872)**

KVS/bld
cc:   Jeffrey M. Weiner, Esquire (via e-filing)