IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRACY E. PALMEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-166-SLR |
| | ) |
| DAVID STACY OF DELAWARE, INC., | ) |
| t/a CASTLE DEALERSHIPS, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Tracy E. Palmen and Defendant David Stacy of Delaware, Inc., by their undersigned counsel, and hereby stipulate to the dismissal with prejudice of this case with each party bearing their own attorneys fees and costs.

OBERLY, JENNINGS & RHODUNDA

/s/ CHARLES M. OBERLY, III, ESQUIRE #743
CHARLES M. OBERLY, III, ESQUIRE #743
KAREN V. SULLIVAN, ESQUIRE #3872
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, Delaware  19899
(302) 576-2000
Counsel for Plaintiff

FOX ROTHSCHILD, LLP

/s/ JEFFREY M. WEINER, ESQUIRE #403
JEFFREY M. WEINER, ESQUIRE #403
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, Delaware  19899-2323
(302) 622-4243
Counsel for Defendant